No. 64578.—Quimet Stay & Leather Co. v. United States, protest 59/5113 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise in question, invoiced as "4 casks Artificial resin harmless," was appraised as entered and that no appeal was filed by the collector, although on liquidation he used a higher value, it was held that the proper dutiable value of the merchandise was the entered value, as represented by the final appraised value.

BEFORE THE SECOND DIVISION, SEPTEMBER 21, 1960

No. 64579.—Douglas M. Homs & Co. et al. v. United States, protests 58/5070, etc. (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of scales similar in all material respects to those involved in Abstract 63285, the claims of the plaintiffs were sustained as follows: The material entered on or after June 6, 1951, was held dutiable at 13¾ percent ad valorem under paragraph 372, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739) ; that entered on or after June 30, 1956, at 13 percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108) ; and that entered on or after June 30, 1957, at 12 percent, as modified by T.D. 54108.